B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>District of South Carolina | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Five Star Products, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**13-3729186** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1310 Union Street**<br>**Spartanburg, SC**<br>ZIP Code **29302** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Spartanburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1500 Rahway Avenue**<br>**Avenel, NJ 07001** |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |

**Nature of Debts** (Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                                    THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Five Star Products, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Five Star Products, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

X _/s/ Michael M. Beal_____
Signature of Attorney*
Signature of Attorney for Debtor(s)
**Michael M. Beal**
Printed Name of Attorney for Debtor(s)
**McNair Law Firm, P.A.**
Firm Name
**P.O. Box 11390**
**Columbia, SC 29211**

Address

Email: mbeal@mcnair.net
803-799-9800  Fax: 803-753-3278
Telephone Number
May 16, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/_____
Signature of Authorized Individual
**Mitchell T. Jolley**
Printed Name of Authorized Individual
**Chief Executive Officer and President**
Title of Authorized Individual
5/16/11
Date

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Merit Group, Inc., *et al.*, | ) | Case No. 11 - \_\_\_\_\_ |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the thirty (30) largest unsecured claims, on a consolidated basis, against the above-captioned debtors-in-possession that commenced Chapter 11 cases in this Court on the date hereof (collectively, the "Debtors"). This list has been prepared from the unaudited books and records of the Debtors. This list reflects amounts from the Debtors' books and records as of May 14, 2011. The list is prepared in accordance with FED. R. BANKR. P. 1007(d) for filing in the Debtors' Chapter 11 cases. This list does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (b) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims.[2] The information herein shall not constitute an admission of liability by, nor is binding on, the Debtors. All claims are subject to customary offsets, rebates, discounts, reconciliations, credits and adjustments, which are not reflected on this list.

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: The Merit Group, Inc., f/k/a Lancaster Distributing Company, f/k/a Lancaster Paint Sundries, Inc. (4224); Merit Transportation, Inc. (9048); Merit Paint Sundries, LLC d/b/a Lancaster (8882); Merit Supply Company, LLC d/b/a Merit Supply (5878); Merit Pro Finishing Tools, LLC d/b/a Merit Trade Source (8544); Five Star Products, Inc. (9186); and Five Star Group, Inc., d/b/a Lancaster/Five Star, d/b/a Rightway (3506).

[2] Specifically, and without limitation, the following list of creditors excludes the unliquidated claim held by Stonehenge Opportunity Resource Fund II, LP, one of the Debtors' prepetition lenders, which is estimated to have a claim against the Debtors in the approximate amount of $12 million.

In re Merit Group, Inc. *et al*, Debtors

Consolidated List of Creditors Holding 30 Largest Unsecured Claims

| Names of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code of Employee, Agent or Department of Creditor Familiar with Claims Who May be Contacted | Nature of Claim (*e.g.*, Trade Debt, Bank, Loan, Government Contract) | Indicate if claim is Contingent, Unliquidated, Disputed or Subject to Set-Off | Estimated Amount of Claim as of May 14, 2011 |
|---|---|---|---|---|
| Rust Oleum Corporation<br>P.O. Box 931946<br>Cleveland, OH 44193 | Rust Oleum Corporation<br>CUS SERACCT 110927<br>P.O. Box 931946<br>Cleveland, OH 44193<br>800-323-3584 | Trade | Unliquidated | $3,224,914.41 |
| DAP<br>National City Bank<br>P.O. Box 951252<br>Cleveland, OH 44193 | DAP<br>National City Bank<br>Customer Service<br>P.O. Box 951252<br>Cleveland, OH 44193<br>800-327-3339 | Trade | Unliquidated | $2,289,758.74 |
| MINWAX<br>P.O. Box 198042<br>Atlanta, GA 30384 | MINWAX<br>Customer Service -2<br>P.O. Box 198042<br>Atlanta, GA 30384<br>800-526-0495 | Trade | Unliquidated | $1,874,836.82 |

COLUMBIA 1040362v3

| Names of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code of Employee, Agent or Department of Creditor Familiar with Claims Who May be Contacted | Nature of Claim (e.g., Trade Debt, Bank, Loan, Government Contract) | Indicate if claim is Contingent, Unliquidated, Disputed or Subject to Set-Off | Estimated Amount of Claim as of May 14, 2011 |
|---|---|---|---|---|
| Wooster<br>604 Madison Avenue<br>P.O. Box 6010<br>Wooster, OH 44691 | Wooster<br>604 Madison Avenue<br>P.O. Box 6010<br>Wooster, OH 44691<br>330-264-4440 | Trade | Unliquidated | $1,378,589.42 |
| 3M MST6980(WC)<br>PO Box 200715<br>Dallas, TX 75320 | 3M MST6980(WC)<br>Customer Service<br>PO Box 200715<br>Dallas, TX 75320<br>800-328-5949 | Trade | Unliquidated | $1,242,917.69 |
| Masterchem Industries Inc.<br>P.O. Box 932526<br>Atlanta, GA 31193 | Masterchem Industries Inc.<br>Customer Service<br>P.O. Box 932526<br>Atlanta, GA 31193<br>800-325-3552 | Trade | Unliquidated | $1,207,636.42 |

COLUMBIA 1040362v3

| Names of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code of Employee, Agent or Department of Creditor Familiar with Claims Who May be Contacted | Nature of Claim (e.g., Trade Debt, Bank, Loan, Government Contract) | Indicate if claim is Contingent, Unliquidated, Disputed or Subject to Set-Off | Estimated Amount of Claim as of May 14, 2011 |
|---|---|---|---|---|
| Duckback Acquisition Corp. DEPT. 33533 P.O. Box 39000 San Francisco, CA 94139 | Duckback Acquisition Corp. DEPT. 33533 P.O. Box 39000 San Francisco, CA 94139 | Trade | Unliquidated | $1,181,485.26 |
| Tianjin Jinmao Group Co Ltd Wangzhuang Industrial Park Beichen District Tianjin Tianjin, CN 300400 | Tianjin Jinmao Group Co Ltd Wangzhuang Industrial Park Beichen District Tianjin Tianjin, CN 300400 | Trade | Unliquidated | $887,821.20 |
| Packing Service Co. P. O. Box 671530 Dallas, TX 75267 | Packing Service Co. Nicole X279 P. O. Box 671530 Dallas, TX 75267 281-485-1457 | Trade | Unliquidated | $783,176.65 |

COLUMBIA 1040362v3

| Names of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code of Employee, Agent or Department of Creditor Familiar with Claims Who May be Contacted | Nature of Claim (e.g., Trade Debt, Bank, Loan, Government Contract) | Indicate if claim is Contingent, Unliquidated, Disputed or Subject to Set-Off | Estimated Amount of Claim as of May 14, 2011 |
|---|---|---|---|---|
| Old Masters 303 19th Street SE P.O. Box 286 Orange City, IA 51041 | Old Masters CS – Jodi Sorensen 303 19th Street SE P.O. Box 286 Orange City, IA 51041 800-747-3436 | Trade | Unliquidated | $729,210.64 |
| Craig Fletcher 1 Lost Valley Court Heath, TX 75032 | Craig Fletcher 1 Lost Valley Court Heath, TX 75032 | Other | Unliquidated | $700,000.00 |
| Dennis Fletcher 28822 Saddle Oak Montgomery, TX 77356 | Dennis Fletcher 28822 Saddle Oak Montgomery, TX 77356 832-685-7206 | Other | Unliquidated | $700,000.00 |

COLUMBIA 1040362v3

| Names of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code of Employee, Agent or Department of Creditor Familiar with Claims Who May be Contacted | Nature of Claim (e.g., Trade Debt, Bank, Loan, Government Contract) | Indicate if claim is Contingent, Unliquidated, Disputed or Subject to Set-Off | Estimated Amount of Claim as of May 14, 2011 |
|---|---|---|---|---|
| Richard Sauve 243 Riddell Lane Alameda, CA 94502 | Richard Sauve 243 Riddell Lane Alameda, CA 94502 510-865-0227 | Other | Unliquidated | $600,000.00 |
| Primrose Plastics PO Box 32174 Hartford, CT 06150 | Primrose Plastics Mary Kuhn PO Box 32174 Hartford, CT 06150 866-656-0236 | Trade | Unliquidated | $526,076.93 |
| WM BARR DEPT 1855 PO Box 2153 Birmingham, AL 35287 | WM BARR Mikki Cline CSERV DEPT 1855 PO Box 2153 Birmingham, AL 35287 800-782-9930 | Trade | Unliquidated | $496,465.08 |

COLUMBIA 1040362v3

| Names of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code of Employee, Agent or Department of Creditor Familiar with Claims Who May be Contacted | Nature of Claim (e.g., Trade Debt, Bank, Loan, Government Contract) | Indicate if claim is Contingent, Unliquidated, Disputed or Subject to Set-Off | Estimated Amount of Claim as of May 14, 2011 |
|---|---|---|---|---|
| Penofin Performance Coating Inc. P.O. Box 1569 Ukaih, CA 95482 | Penofin Performance Coating Inc. P.O. Box 1569 Ukaih, CA 95482 707-462-3023 | Trade | Unliquidated | $493,898.68 |
| Intertape Polymer Corp. PO Box 67000 Detroit, MI 48267 | Intertape Polymer Corp. Customer Service PO Box 67000 Detroit, MI 48267 800-474-8273 | Trade | Unliquidated | $450,697.05 |
| Purdy Corporation P.O. Box 403593 Atlanta, GA 30384 | Purdy Corporation Jennifer P.O. Box 403593 Atlanta, GA 30384 503-2868217 | Trade | Unliquidated | $427,756.33 |

| Names of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code of Employee, Agent or Department of Creditor Familiar with Claims Who May be Contacted | Nature of Claim (e.g., Trade Debt, Bank, Loan, Government Contract) | Indicate if claim is Contingent, Unliquidated, Disputed or Subject to Set-Off | Estimated Amount of Claim as of May 14, 2011 |
|---|---|---|---|---|
| Modern Masters<br>P.O. Box 92245<br>Cleveland, OH 44193 | Modern Masters<br>P.O. Box 92245<br>Cleveland, OH 44193<br>1-800-942-3166 | Trade | Unliquidated | $420,031.99 |
| Ace Oldfields<br>Jl. Raya Cileungsi Jonggol KM 22.5<br>Cileungsi Bogor West, WJ 16100 | Ace Oldfields<br>Jl. Raya Cileungsi Jonggol KM 22.5<br>Cileungsi Bogor West, WJ 16100<br>62-21 6408765 | Trade | Unliquidated | $414,555.15 |
| Sashco<br>10300 E. 107th Place<br>Brighton, CO 80601 | Sashco<br>10300 E. 107th Place<br>Brighton, CO 80601<br>303-286-7271 | Trade | Unliquidated | $413,362.67 |

COLUMBIA 1040362v3

| Names of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code of Employee, Agent or Department of Creditor Familiar with Claims Who May be Contacted | Nature of Claim (e.g., Trade Debt, Bank, Loan, Government Contract) | Indicate if claim is Contingent, Unliquidated, Disputed or Subject to Set-Off | Estimated Amount of Claim as of May 14, 2011 |
|---|---|---|---|---|
| Unigroup Worldwide 22524 Network Place Chicago, IL 60673 | Unigroup Worldwide 22524 Network Place Chicago, IL 60673 704423-9994 | Trade | Unliquidated | $390,693.53 |
| Henkel Corp Consumer Adhesives 15805 Collections Center Drive Chicago, IL 60693 | Henkel Corp Consumer Adhesives Main Office 15805 Collections Center Drive Chicago, IL 60693 800-624-7767 | Trade | Unliquidated | $377,982.34 |
| Homax Dept. 2070 Denver, CO 80291 | Homax Michelle - CSR Dept. 2070 Denver, CO 80291 800-729-9029 | Trade | Unliquidated | $332,997.09 |

| Names of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code of Employee, Agent or Department of Creditor Familiar with Claims Who May be Contacted | Nature of Claim (e.g., Trade Debt, Bank, Loan, Government Contract) | Indicate if claim is Contingent, Unliquidated, Disputed or Subject to Set-Off | Estimated Amount of Claim as of May 14, 2011 |
|---|---|---|---|---|
| Milazzo Industries 1609 River Road Pittston, PA 18640 | Milazzo Industries 1609 River Road Pittston, PA 18640 570-654-2433 | Trade | Unliquidated | $331,355.08 |
| Val-Test Sundries 2400 Hassell Road, Suite 370 Hoffman Estates, IL 60169 | Val-Test Sundries 2400 Hassell Road, Suite 370 Hoffman Estates, IL 60169 847-285-6020 | Trade | Unliquidated | $323,373.18 |
| Shurtape P.O. Box 100322 Atlanta, GA 30384 | Shurtape Carole Huffman P.O. Box 100322 Atlanta, GA 30384 828-322-2700 | Trade | Unliquidated | $317,430.05 |

| Names of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code of Employee, Agent or Department of Creditor Familiar with Claims Who May be Contacted | Nature of Claim (e.g., Trade Debt, Bank, Loan, Government Contract) | Indicate if claim is Contingent, Unliquidated, Disputed or Subject to Set-Off | Estimated Amount of Claim as of May 14, 2011 |
|---|---|---|---|---|
| Shur-Line Inc.<br>75 Remittance Drive<br>Suite 1167<br>Chicago, IL 60675 | Shur-Line Inc.<br>75 Remittance Drive<br>Suite 1167<br>Chicago, IL 60675<br>800-253-7856 | Trade | Unliquidated | $305,614.90 |
| Lenox<br>75 Remittance Drive<br>Suite 1167<br>Chicago, IL 60675 | Lenox<br>75 Remittance Drive<br>Suite 1167<br>Chicago, IL 60675<br>800-628-3030 | Trade | Unliquidated | $293,809.74 |
| Gaco Western Inc.<br>P.O. Box 9827<br>Seattle, WA 98109 | Gaco Western Inc.<br>Jana<br>P.O. Box 9827<br>Seattle, WA 98109<br>206-357-2728 | Trade | Unliquidated | $281,823.48 |

COLUMBIA 1040362v3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Merit Group, Inc., et al., | ) | Case No. 11 - _____ |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |

**DECLARATION CONCERNING THE CONSOLIDATED LIST OF CREDITORS
HOLDING LARGEST 30 UNSECURED CLAIMS**

I, the undersigned authorized officer of Merit Group, Inc ("Merit") and the other above captioned debtors named as the debtors in this case (collectively the "Debtors"), declare under penalty of perjury that I have read the foregoing consolidated list of creditors holding the thirty (30) largest unsecured claims against Merit and the other debtors, and that the list is true and correct to the best of my information and belief.

Dated: May _16th_, 2011

_____
Mitchell T. Jolley
Chief Executive Officer/President

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: The Merit Group, Inc., f/k/a Lancaster Distributing Company, f/k/a Lancaster Paint Sundries, Inc. (4224); Merit Transportation, Inc. (9048); Merit Paint Sundries, LLC d/b/a Lancaster (8882); Merit Supply Company, LLC d/b/a Merit Supply (5878); Merit Pro Finishing Tools, LLC d/b/a Merit Trade Source (8544); Five Star Products, Inc. (9186); and Five Star Group, Inc., d/b/a Lancaster/Five Star, d/b/a Rightway (3506).

COLUMBIA 1040362v3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:                                          )   Chapter 11
                                                )
The Merit Group, Inc., *et al.*,                )   Case No. 11 - _____
                                                )
              Debtors.[1]                       )   (Joint Administration Requested)
                                                )

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of equity security holders of Debtor, Five Star Products, Inc., which is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007 (a)(3).

| Name of equity security holder and last known address or place of business | Type of Organization | Percent Ownership Interest | Class of Shares, Kind of Interest |
|---|---|---|---|
| The Merit Group, Inc. 1310 Union Street Spartanburg, SC 29302 | Corporation | 100% | Common stock |

I, the authorized signatory of Five Star Products, Inc., named as a Debtor in this case, declare under penalty of perjury that the foregoing List of Equity Security Holders is true and correct to the best of my information and belief.

DATE: May 16th, 2011

Respectfully submitted,

Five Star Products, Inc.

By: _____

Name: Mitchell T. Jolley

Title: Chief Executive Officer/President

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: The Merit Group, Inc., f/k/a Lancaster Distributing Company, f/k/a Lancaster Paint Sundries, Inc. (4224); Merit Transportation, Inc. (9048); Merit Paint Sundries, LLC d/b/a Lancaster (8882); Merit Supply Company, LLC d/b/a Merit Supply (5878); Merit Pro Finishing Tools, LLC d/b/a Merit Trade Source (8544); Five Star Products, Inc. (9186); and Five Star Group, Inc., d/b/a Lancaster/Five Star, d/b/a Rightway (3506).

## WRITTEN CONSENT IN LIEU OF A SPECIAL MEETING
## OF THE BOARD OF DIRECTORS OF
## FIVE STAR PRODUCTS, INC.

In lieu of a special meeting of the Board of Directors of Five Star Products, Inc., a Delaware corporation (the "Corporation"), the Board of Directors of the Corporation unanimously consents to the following resolutions effective May 13, 2011.

WHEREAS, the Corporation caused a Certificate of Incorporation to be filed with the Delaware Secretary of State on July 6, 1993 (the "Certificate");

WHEREAS, except as otherwise set forth in filings made with the Delaware Secretary of State on August 12, 1993, August 3, 1994, September 25, 1996, August 10, 1999, August 28, 2008, and December 2, 2009, there are no other amendments or other documents relating to or affecting the Certificate and no action has been taken by the Corporation, its shareholders, directors or officers to amend the Certificate;

WHEREAS, the Corporation previously adopted "Bylaws of Five Star Products, Inc.", a copy of which was attached to the Secretary's Certificate dated January 15, 2010 (the "Secretary's Certificate") and certified therein as being true and correct (the "Bylaws");

WHEREAS, the Bylaws have not been amended, superseded, revoked, rescinded, or otherwise modified since the date of the Secretary's Certificate and are in full force and effect as of the date hereof;

WHEREAS, the Corporation is the sole Shareholder of Five Star Group, Inc., a Delaware corporation ("FSG");

WHEREAS, the Board of Directors finds it necessary for the Corporation and FSG (collectively, the "Five Star Corporations"), and in the best interests of the Five Star Corporations, their creditors, shareholders, and other interested parties, to file or cause to be filed with the United States Bankruptcy Court for the District of South Carolina (the "Court") voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code" and the "Reorganization Cases"); and

WHEREAS, the Board of Directors finds it necessary for the Five Star Corporations to engage legal counsel, restructuring professionals, accountants, investment bankers, and other professionals to accomplish these objectives.

NOW, THEREFORE, BE IT RESOLVED, that the Board of Directors authorizes the filing of petitions for relief under Chapter 11 of the Bankruptcy Code in the Court for the purpose of reorganizing the Five Star Corporations or effectuating a sale of the assets of the Five Star Corporations, and further authorizing any subsequently necessary or appropriate measures to prosecute such petitions and measures;

RESOLVED, FURTHER, that, in order to implement the above resolution, the Chief Executive Officer of each of the Five Star Corporations is authorized and directed to execute petitions for relief under Chapter 11 of the Bankruptcy Code and such other documents necessary to commence, prosecute and conclude the Reorganization Cases, and is authorized and directed after consulting with the professionals of each respective corporation to determine when to file and to file such petitions to commence the Reorganization Cases;

RESOLVED, FURTHER, that the Five Star Corporations be, and hereby are, authorized, in order to implement the above resolutions, to retain and employ MCNAIR LAW FIRM, P.A. as legal counsel for each of the Five Star Corporations under a general retainer, to retain and employ ALVAREZ & MARSAL NORTH AMERICA, LLC as restructuring consultants for each of the Five Star Corporations under a general retainer, to retain and employ MORGAN JOSEPH TRIARTISAN LLC as investment bankers for each of the Five Star Corporations pursuant to such terms as agreed between the parties, and to retain and employ such professionals on behalf of each of the Five Star Corporations as the Chief Executive Officer of each respective corporation shall deem necessary or appropriate; and

RESOLVED, FURTHER, that the Board of Directors, in order to implement the above resolutions, hereby authorizes and directs the officers of the Five Star Corporations, subject to the direction of the Chief Executive Officer of each of the Five Star Corporations, in the name and on behalf of the each respective corporation or otherwise and under the seal of each respective corporation or otherwise, to execute and deliver all such agreements, certificates, documents, instruments and notices and to take all other actions and to do all other things as each such officer in his sole discretion may deem necessary or appropriate in order to carry out and effect the foregoing resolutions and actions and hereby ratify and confirms any and all such actions.

The undersigned, by signing this consent, waive notice of the date, time, place and purpose of the special meeting of the Board of Directors of the Corporation and agree to the transaction of the foregoing business of the special meeting by written consent in lieu of such special meeting.

BOARD OF DIRECTORS:

_____
Caleb C. Fort.

_____
E. Fort Wolfe, Jr.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Merit Group, Inc., *et al.*, | ) | Case No. 11 - ____ |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the Debtors in this case.

2. The compensation paid or agreed to be paid by the Debtors, to the undersigned is:
   a. Prior to the filing of this statement, Debtors have paid for legal services rendered in contemplation of and in connection with the cases...............$    223,668.89
   b. The unpaid balance due and payable is............................$         - 0 -
   c. The undersigned holds a retainer in the amount of................$     117,331.11

3. $7,273 for the filing fees in these Chapter 11 cases has been paid.

4. The services rendered or to be rendered include the following:
   a. Analysis of the financial situation, and rendering advice and assistance to the Debtors in determining whether to file a petition under title 11 of the United States Code.
   b. Preparation and filing of the petition, schedules, statement of financial affairs, first day pleadings and other documents required by the Court.
   c. Representation of the Debtors at all hearings.

5. All payments came from the Debtors.

6. The undersigned has received no transfer, assignment or pledge of property from the Debtors.

7. The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid.

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: The Merit Group, Inc., f/k/a Lancaster Distributing Company, f/k/a Lancaster Paint Sundries, Inc. (4224); Merit Transportation, Inc. (9048); Merit Paint Sundries, LLC d/b/a Lancaster (8882); Merit Supply Company, LLC d/b/a Merit Supply (5878); Merit Pro Finishing Tools, LLC d/b/a Merit Trade Source (8544); Five Star Products, Inc. (9186); and Five Star Group, Inc., d/b/a Lancaster/Five Star, d/b/a Rightway (3506).

Dated: May 16, 2011

Respectfully submitted,

McNAIR LAW FIRM, P.A.

/s/ Michael M. Beal
Michael M. Beal (S.C. Dist. Ct. ID# 1253)
Robin C. Stanton (S.C. Dist. Ct. ID# 7438)
Elizabeth (Lisa) J. Philp (S.C. Dist. Ct. ID# 8033)
Michael H. Weaver (S.C. Dist. Ct. ID# 9847)
1221 Main Street, 18th Floor
Post Office Box 11390
Columbia, South Carolina 29211
Tel: (803) 799-9800
Fax: (803) 753-3277
mbeal@mcnair.net
rstanton@mcnair.net
lphilp@mcnair.net
mweaver@mcnair.net

*Proposed Counsel to the Debtors and
Debtors-in-Possession*